**B9I (Official Form 9I)** (Chapter 13 Case) (12/11) — Case Number **12–32423–DOT**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on April 18, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nikia K Hopkins
aka Nikia Korday Hopkins
3141 Parkdale Rd
N. Chesterfield, VA 23237

| | |
|---|---|
| Case Number: 12–32423–DOT<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–3067 |
| Attorney for Debtor(s) (name and address):<br>Robert B. Duke Jr.<br>America Law Group, Inc.<br>dba The Debt Law Group<br>1928 Arlington Blvd, Ste 112<br>Charlottesville, VA 22903<br>Telephone number: 804-308-0051 | Bankruptcy Trustee (name and address):<br>Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218<br>Telephone number: (804) 237–6800 |

### Meeting of Creditors
Date: **June 7, 2012**    Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim
For all creditors (except a governmental unit): **September 5, 2012**    For a governmental unit: **October 15, 2012**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: August 6, 2012**

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

#### Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date: **July 18, 2012**    Time: **11:10 AM**
Location: **Chief Judge Tice – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

#### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: April 19, 2012 |

# EXPLANATIONS
B9I (Official Form 9I) (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 12-32423-DOT
Nikia K Hopkins                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: ramirez-l        Page 1 of 3         Date Rcvd: Apr 19, 2012
                          Form ID: B9I           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2012.
```
db          +Nikia K Hopkins,    3141 Parkdale Rd,    N. Chesterfield, VA 23234-6357
11107050    +Armstrong Law LLC,    re: Tabac LC,    10301 Memory Lane,    Chesterfield, VA 23832-8814
11107051     Bayside Cash,    Apartado Postal 187,    Plaza Colonial Escazu,    San Jose, Ecuador
11107052    +Bowen, Champlin, Foreman, Rock,    1919 Huguenot Rd,    re: Cabot Realty,    Richmond, VA 23235-4321
11107053    +Bruce Brown,    9947 Hull St,    Box 197,    Richmond, VA 23236-1412
11107058    +CBE Group,    131 Tower Park Dr., Ste 100,    Waterloo, IA 50701-9374
11107054    +Cabot Realty,    dba Wynwood Apartments,    1267 Nelson St,    Henrico, VA 23231-3621
11107055    +Carlisle Apartments,    1700 Carlisle Ave,    Henrico, VA 23231-3447
11107056    +Carlisle Apartments,    13525 Cotley Lane,    Henrico, VA 23233-7633
11107057    +Cash 2 U,    6220 Hull Street Road,    Richmond, VA 23224-2450
11107059    +Chaplin and Gonet,    5211 West Broad St, Ste 100,    re: Wallace v. Hopkins,
              Richmond, VA 23230-3000
11107062    +Colonial Heritage Village Apts,    5500 Pony Farm Dr.,    Richmond, VA 23227-2613
11107063    +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
11107068   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,    PO Box 26666,    Richmond, VA 23261-6666)
11107065    +Dakota State Bank,    Po Box 4477,    Beaverton, OR 97076-4401
11107066    +Dankos Gordon,    1360 E Parham #200,    re: Carlisle Apartments,    Henrico, VA 23228-2366
11107067    +Dejuna N Adkins,    3701 Benton Ave,    Richmond, VA 23222-2303
11107070    +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
11107074    +Gentle Breeze Cash,    PO Box 1120,    Boulevard, CA 91905-0220
11107077    +Manchester General District Ct,    920 Hull Street, Southside,    Richmond, VA 23224-4070
11107078    +Michael Brown,    9947 Hull St,    Box 197,    Richmond, VA 23236-1412
11107080     Rwds660-dsb,    211 N Main,    Blunt, SD 57522-0000
11107081    +Tabac LC,    305 North Thompson St,    Richmond, VA 23221-2209
11107083    +Virginia DMV,    P.O. Box 27412,    Richmond, VA 23269-7412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: rdukelaw@gmail.com Apr 20 2012 07:30:03      Robert B. Duke, Jr.,
              America Law Group, Inc.,    dba The Debt Law Group,    1928 Arlington Blvd, Ste 112,
              Charlottesville, VA  22903
tr          +E-mail/Text: station01@richchap13.com Apr 20 2012 08:58:22       Carl M. Bates,    P. O. Box 1819,
              Richmond, VA 23218-1819
11107048    +EDI: ALLIANCEONE.COM Apr 20 2012 01:48:00      Alliance One,    1160 Centre Point Dr, Ste 1,
              Saint Paul, MN 55120-1377
11107049    +EDI: ALLIANCEONE.COM Apr 20 2012 01:48:00      Allianceone,    1684 Woodlands Dr Ste 15,
              Maumee, OH 43537-4093
11107061    +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Apr 20 2012 08:29:47       City of Richmond,
              Dep't of Public Utilities,    730 E Broad St, 5th Floor,    Richmond, VA 23219-1861
11107060    +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Apr 20 2012 08:29:47       City of Richmond,
              Dept of Finance,    900 E Broad St, Rm 100,    Richmond, VA 23219-1907
11107064    +EDI: CMIGROUP.COM Apr 20 2012 01:48:00      Credit Management,    re: Comcast,
              4200 International Pkwy,    Carrollton, TX 75007-1912
11107069    +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Apr 20 2012 08:24:24       Dt Credit Co,    Po Box 29018,
              Phoenix, AZ 85038-9018
11107071    +EDI: ECMC.COM Apr 20 2012 01:48:00      Ecmc,    Po Box 64909,    St. Paul, MN 55164-0909
11107072    +E-mail/Text: bknotice@erccollections.com Apr 20 2012 09:03:25      Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11107073    +EDI: AMINFOFP.COM Apr 20 2012 01:53:00      First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
11107076     EDI: IRS.COM Apr 20 2012 01:48:00     Internal Revenue Service,    400 N 8th Street, Box 76,
              Stop Room 898,    Richmond, VA 23219-0000
11107075     EDI: IRS.COM Apr 20 2012 01:48:00     Internal Revenue Service,    Insolvency Unit,    PO Box 21126,
              Philadelphia, PA 19114-0000
11107079     E-mail/Text: mwicbk@gmail.com Apr 20 2012 08:44:19      Michael Wayne Investments,
              6336 East Virginia Beach Blvd,    Norfolk, VA 23502-0000
11107082    +EDI: AFNIVERIZONE.COM Apr 20 2012 01:48:00      Verizon Bankruptcy,    PO Box 3037,
              Bloomington, IL 61702-3037
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: ramirez-l           Page 2 of 3              Date Rcvd: Apr 19, 2012
                              Form ID: B9I              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7           User: ramirez-l              Page 3 of 3                  Date Rcvd: Apr 19, 2012
                               Form ID: B9I                 Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2012 at the address(es) listed below:
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
          Robert B. Duke    on behalf of Debtor Nikia Hopkins rdukelaw@gmail.com,
           2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com

                                                                             TOTAL: 2